UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN MILLER,

        Plaintiff,

Case No.     12-13351

HONORABLE AVERN COHN

v.

JP MORGAN CHASE BANK, N.A. and
CHASE HOME FINANCE, LLC,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Order entered on November 14, 2012 judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: November 14, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 14, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160